HEATHER E. WILLIAMS, #122664
Federal Defender
BENJAMIN D. GALLOWAY, #214897
Assistant Federal Defender
Designated Counsel for Service
801 "I" Street, 3rd Floor
Sacramento, CA 95814

Attorney for Defendant
LAMONTE DESHANNON RUSH

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | NO. 2:15-cr-061 JAM |
| | ) | |
| v. | ) | STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE |
| LAMONTE DESHANNON RUSH and LAGRANGER JONES, | ) | DATE: September 22, 2015 |
| | ) | TIME: 9:15 a.m. |
| Defendants. | ) | JUDGE: Hon. John A. Mendez |

IT IS HEREBY STIPULATED by and between Benjamin Wagner, U.S. Attorney, through Jason Hitt, Assistant United States Attorney, attorney for Plaintiff, and Heather Williams, Federal Defender, through Assistant Federal Defender Benjamin D. Galloway, attorney for Lamonte Rush and through Michael Long, attorney for LaGranger Jones, that the status conference scheduled for September 22, 2015 be vacated and continued to October 20, 2015 at 9:15 a.m.

The reasons for this continuance are to allow defense counsel additional time to review discovery with the defendants, to continue investigating the facts of the case, and to negotiate a resolution to this matter.

Based upon the foregoing, the parties agree time under the Speedy Trial Act should be excluded of this order's date through and including October 20, 2015; pursuant to 18 U.S.C.

Stipulation and Proposed Order                    -1-

§3161 (h)(7)(A)and (B)(iv)[reasonable time to prepare] and General Order 479, Local Code T4 based upon continuity of counsel and defense preparation.

Counsel and the defendant also agree that the ends of justice served by the Court granting this continuance outweigh the best interests of the public and the defendant in a speedy trial.

DATED: September 15, 2015                      Respectfully submitted,

                                               HEATHER E. WILLIAMS
                                               Federal Defender

                                               */s/ Benjamin Galloway*
                                               BENJAMIN GALLOWAY
                                               Assistant Federal Defender
                                               Attorney for Defendant
                                               LAMONTE RUSH

                                               */s/ Michael Long*
                                               MICHAEL LONG
                                               Attorney for Defendant
                                               LAGRANGER JONES

DATED: September 15, 2015                      BENJAMIN B. WAGNER
                                               United States Attorney

                                               */s/Jason Hitt*
                                               JASON HITT
                                               Assistant U.S. Attorney
                                               Attorney for Plaintiff

Stipulation and Proposed Order                 -2-

**O R D E R**

IT IS HEREBY ORDERED, the Court, having received, read, and considered the parties' stipulation, and good cause appearing therefrom, adopts the parties' stipulation in its entirety as its order. The Court specifically finds the failure to grant a continuance in this case would deny counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  The Court finds the ends of justice are served by granting the requested continuance and outweigh the best interests of the public and defendant in a speedy trial.

The Court orders the time from the date the parties stipulated, up to and including October 20, 2015, shall be excluded from computation of time within which the trial of this case must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(A) and(B)(iv) [reasonable time for counsel to prepare] and General Order 479, (Local Code T4). It is further ordered the September 22, 2015 status conference shall be continued until October 20, 2015, at 9:15 a.m.

DATED: September 17, 2015

/s/ John A. Mendez
HON. JOHN A. MENDEZ
United States District Court Judge

Stipulation and Proposed Order               -3-