1 | HEATHER E. WILLIAMS, #122664
Federal Defender
2 | BENJAMIN D. GALLOWAY, #214897
Assistant Federal Defender
3 | Designated Counsel for Service
801 "I" Street, 3rd Floor
4 | Sacramento, CA 95814

5 | Attorney for Defendant
LAMONTE DESHANNON RUSH

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | Case No. 2:15-cr-061 GEB |
| v. | ) | STIPULATION AND [PROPOSED] ORDER TO CONTINUE STATUS CONFERENCE |
| LAMONTE DESHANNON RUSH, | ) | |
| Defendant. | ) | DATE:   May 13, 2016
TIME:   9:00 a.m.
JUDGE: Hon. Garland E. Burrell, Jr. |

IT IS HEREBY STIPULATED by and between Phillip A. Talbert, Acting U.S. Attorney, through Jason Hitt, Assistant United States Attorney, attorney for Plaintiff, and Heather Williams, Federal Defender, through Assistant Federal Defender Benjamin D. Galloway, attorney for Lamonte Rush that the status conference scheduled for May 13, 2016 be vacated and continued to August 5, 2016 at 9:00 a.m.

The reasons for this continuance are to allow defense counsel additional time to review discovery with the defendant, to continue investigating the facts of the case, and to negotiate a resolution to this matter.

Based upon the foregoing, the parties agree time under the Speedy Trial Act should be excluded of this order's date through and including August 5, 2016;  pursuant to 18 U.S.C.

Stipulation and Proposed Order                    -1-

§3161 (h)(7)(A)and (B)(iv)[reasonable time to prepare] and General Order 479, Local Code T4 based upon continuity of counsel and defense preparation.

Counsel and the defendant also agree that the ends of justice served by the Court granting this continuance outweigh the best interests of the public and the defendant in a speedy trial.

DATED: May 11, 2016                     Respectfully submitted,

                                                                HEATHER E. WILLIAMS
                                                                 Federal Defender

                                                                 */s/ Benjamin Galloway*
                                                                 BENJAMIN GALLOWAY
                                                                 Assistant Federal Defender
                                                                 Attorney for Defendant
                                                                 LAMONTE RUSH

DATED: May 11, 2016                     PHILLIP A. TALBERT
                                                                Acting United States Attorney

                                                                */s/Jason Hitt*
                                                                JASON HITT
                                                                Assistant U.S. Attorney
                                                                Attorney for Plaintiff

# **O R D E R**

IT IS HEREBY ORDERED, the Court, having received, read, and considered the parties' stipulation, and good cause appearing therefrom, adopts the parties' stipulation in its entirety as its order. The Court specifically finds the failure to grant a continuance in this case would deny counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court finds the ends of justice are served by granting the requested continuance and outweigh the best interests of the public and defendant in a speedy trial.

The Court orders the time from the date the parties stipulated, up to and including August 5, 2016, shall be excluded from computation of time within which the trial of this case must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(A) and(B)(iv) [reasonable time for counsel to prepare] and General Order 479, (Local Code T4). It is further ordered the May 13, 2016 status conference shall be continued until August 5, 2016 at 9:00 a.m.

Dated:  May 12, 2016

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge