HEATHER E. WILLIAMS, #122664
Federal Defender
BENJAMIN D. GALLOWAY, #214897
Assistant Federal Defender
Designated Counsel for Service
801 "I" Street, 3rd Floor
Sacramento, CA 95814

Attorney for Defendant
LAMONTE DESHANNON RUSH

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>LAMONTE DESHANNON RUSH,<br><br>Defendant. | Case No. 2:15-cr-061 GEB<br><br>STIPULATION AND [PROPOSED] ORDER TO CONTINUE STATUS CONFERENCE<br><br>DATE:   September 30, 2016<br>TIME:   9:00 a.m.<br>JUDGE:  Hon. Garland E. Burrell, Jr. |

IT IS HEREBY STIPULATED by and between Phillip A. Talbert, Acting United States Attorney, through Jason Hitt, Assistant United States Attorney, attorney for Plaintiff, and Heather Williams, Federal Defender, through Assistant Federal Defender Benjamin D. Galloway, attorney for Lamonte Rush that the status conference scheduled for September 30, 2016 be vacated and continued to October 21, 2016 at 9:00 a.m.

The reasons for this continuance are to allow defense counsel additional time to review discovery with the defendant, to continue investigating the facts of the case, and to negotiate a resolution to this matter.

Based upon the foregoing, the parties agree time under the Speedy Trial Act should be excluded of this order's date through and including October 21, 2016; pursuant to 18 U.S.C.

§3161 (h)(7)(A)and (B)(iv)[reasonable time to prepare] and General Order 479, Local Code T4 based upon continuity of counsel and defense preparation.

    Counsel and the defendant also agree that the ends of justice served by the Court granting this continuance outweigh the best interests of the public and the defendant in a speedy trial.

DATED: September 27, 2016            Respectfully submitted,

                                                 HEATHER E. WILLIAMS
                                                 Federal Defender

                                                 */s/ Benjamin Galloway*
                                                 BENJAMIN GALLOWAY
                                                 Assistant Federal Defender

                                                 Attorney for Defendant
                                                 LAMONTE RUSH

DATED: September 27, 2016            PHILLIP A. TALBERT
                                                 Acting United States Attorney

                                                 */s/Jason Hitt*
                                                 JASON HITT
                                                 Assistant U.S. Attorney
                                                 Attorney for Plaintiff

# **O R D E R**

IT IS HEREBY ORDERED, the Court, having received, read, and considered the parties' stipulation, and good cause appearing therefrom, adopts the parties' stipulation in its entirety as its order. The Court specifically finds the failure to grant a continuance in this case would deny counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court finds the ends of justice are served by granting the requested continuance and outweigh the best interests of the public and defendant in a speedy trial.

The Court orders the time from the date the parties stipulated, up to and including October 21, 2016, shall be excluded from computation of time within which the trial of this case must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(A) and(B)(iv) [reasonable time for counsel to prepare] and General Order 479, (Local Code T4). It is further ordered the September 30, 2016 status conference shall be continued until October 21, 2016 at 9:00 a.m.

Dated: September 27, 2016

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge