1    HEATHER E. WILLIAMS, #122664
     Federal Defender
2    BENJAMIN D. GALLOWAY, #214897
     Assistant Federal Defender
3    Designated Counsel for Service
     801 "I" Street, 3rd Floor
4    Sacramento, CA 95814

5    Attorney for Defendant
     LAMONTE DESHANNON RUSH
6

7

8                    IN THE UNITED STATES DISTRICT COURT

9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   UNITED STATES OF AMERICA,              )
                                            )  Case No. 2:15-cr-061 GEB
                   Plaintiff,               )
12                                          )  STIPULATION AND [PROPOSED] ORDER
          v.                                )  TO CONTINUE STATUS CONFERENCE
13                                          )
     LAMONTE DESHANNON RUSH,                )
14                                          )  DATE:   October 21, 2016
                   Defendant.               )  TIME:   9:00 a.m.
15                                          )  JUDGE:  Hon. Garland E. Burrell, Jr.
                                            )
16

17        IT IS HEREBY STIPULATED by and between Phillip A. Talbert, Acting United States

18   Attorney, through Jason Hitt, Assistant United States Attorney, attorney for Plaintiff, and

19   Heather Williams, Federal Defender, through Assistant Federal Defender Benjamin D.

20   Galloway, attorney for Lamonte Rush that the status conference scheduled for October 21, 2016

21   be vacated and continued to November 18, 2016 at 9:00 a.m.

22        The reasons for this continuance are to allow defense counsel additional time to review

23   discovery with the defendant, to continue investigating the facts of the case, and to negotiate a

24   resolution to this matter.

25        Based upon the foregoing, the parties agree time under the Speedy Trial Act should be

26   excluded of this order's date through and including November 18, 2016;  pursuant to 18 U.S.C.

27

28

     Stipulation and Proposed Order              -1-

1    §3161 (h)(7)(A)and (B)(iv)[reasonable time to prepare] and General Order 479, Local Code T4

2    based upon continuity of counsel and defense preparation.

3          Counsel and the defendant also agree that the ends of justice served by the Court granting

4    this continuance outweigh the best interests of the public and the defendant in a speedy trial.

5    DATED: October 19, 2016                          Respectfully submitted,

6

7                                                     HEATHER E. WILLIAMS
                                                      Federal Defender

8                                                     */s/ Benjamin Galloway*
                                                      BENJAMIN GALLOWAY
9                                                     Assistant Federal Defender

10                                                    Attorney for Defendant
                                                      LAMONTE RUSH
11

12   DATED: October 19, 2016                          PHILLIP A. TALBERT
                                                      Acting United States Attorney
13
                                                      */s/Jason Hitt*
14                                                    JASON HITT
                                                      Assistant U.S. Attorney
15                                                    Attorney for Plaintiff

16

17

18

19

20

21

22

23

24

25

26

27

28

Stipulation and Proposed Order                  -2-

1

**O R D E R**

2        IT IS HEREBY ORDERED, the Court, having received, read, and considered the parties'

3   stipulation, and good cause appearing therefrom, adopts the parties' stipulation in its entirety as

4   its order. The Court specifically finds the failure to grant a continuance in this case would deny

5   counsel reasonable time necessary for effective preparation, taking into account the exercise of

6   due diligence.   The Court finds the ends of justice are served by granting the requested

7   continuance and outweigh the best interests of the public and defendant in a speedy trial.

8        The Court orders the time from the date the parties stipulated, up to and including

9   November 18, 2016, shall be excluded from computation of time within which the trial of this

10  case must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(A)

11  and(B)(iv) [reasonable time for counsel to prepare] and General Order 479, (Local Code T4). It

12  is further ordered the October 21, 2016 status conference shall be continued until November 18,

13  2016 at 9:00 a.m.

14        Dated:  October 20, 2016

15

16

17  _____
    GARLAND E. BURRELL, JR.
18  Senior United States District Judge

19

20

21

22

23

24

25

26

27

28