1  HEATHER E. WILLIAMS, #122664
   Federal Defender
2  BENJAMIN D. GALLOWAY, #214897
   Assistant Federal Defender
3  Designated Counsel for Service
   801 "I" Street, 3rd Floor
4  Sacramento, CA 95814

5  Attorney for Defendant
   LAMONTE DESHANNON RUSH
6

7

8              IN THE UNITED STATES DISTRICT COURT

9            FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,        )  Case No. 2:15-cr-061 GEB
                                    )
              Plaintiff,            )
12                                  )  STIPULATION AND [PROPOSED] ORDER
                                    )  TO CONTINUE STATUS CONFERENCE
13     v.                           )
                                    )
14 LAMONTE DESHANNON RUSH,          )  DATE:   January 6, 2017
                                    )  TIME:   9:00 a.m.
15            Defendant.            )  JUDGE:  Hon. Garland E. Burrell, Jr.
                                    )
16 _____)

17       IT IS HEREBY STIPULATED by and between Phillip A. Talbert, United States

18 Attorney, through Jason Hitt, Assistant United States Attorney, attorney for Plaintiff, and

19 Heather Williams, Federal Defender, through Assistant Federal Defender Benjamin D.

20 Galloway, attorney for Lamonte Rush that the status conference scheduled for January 6, 2017,

21 be vacated and continued to February 10, 2017 at 9:00 a.m.

22       The reasons for this continuance are to allow defense counsel additional time to review

23 discovery with the defendant, to continue investigating the facts of the case, and to review the

24 proposed plea agreement with the defendant.

25       Based upon the foregoing, the parties agree time under the Speedy Trial Act should be

26 excluded of this order's date through and including February 10, 2017;  pursuant to 18 U.S.C.

27

28

   Stipulation and Proposed Order        -1-

1   §3161 (h)(7)(A)and (B)(iv)[reasonable time to prepare] and General Order 479, Local Code T4

2   based upon continuity of counsel and defense preparation.

3          Counsel and the defendant also agree that the ends of justice served by the Court granting

4   this continuance outweigh the best interests of the public and the defendant in a speedy trial.

5   DATED: January 4, 2017                    Respectfully submitted,

6

7                                            HEATHER E. WILLIAMS
                                             Federal Defender

8                                            */s/ Benjamin Galloway*
                                             BENJAMIN GALLOWAY

9                                            Assistant Federal Defender

10                                           Attorney for Defendant
                                             LAMONTE RUSH

11

12  DATED: January 4, 2017                    PHILLIP A. TALBERT
                                             United States Attorney

13
                                             */s/Jason Hitt*
14                                           JASON HITT
                                             Assistant U.S. Attorney
15                                           Attorney for Plaintiff

16

17

18

19

20

21

22

23

24

25

26

27

28

Stipulation and Proposed Order                    -2-

**O R D E R**

IT IS HEREBY ORDERED, the Court, having received, read, and considered the parties' stipulation, and good cause appearing therefrom, adopts the parties' stipulation in its entirety as its order. The Court specifically finds the failure to grant a continuance in this case would deny counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence.   The Court finds the ends of justice are served by granting the requested continuance and outweigh the best interests of the public and defendant in a speedy trial.

The Court orders the time from the date the parties stipulated, up to and including February 10, 2017, shall be excluded from computation of time within which the trial of this case must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(A) and(B)(iv) [reasonable time for counsel to prepare] and General Order 479, (Local Code T4). It is further ordered the January 6, 2017 status conference shall be continued until February 10, 2017 at 9:00 a.m.

Dated:  January 4, 2017

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge