1  HEATHER E. WILLIAMS, #122664
   Federal Defender
2  BENJAMIN D. GALLOWAY, #214897
   Assistant Federal Defender
3  Designated Counsel for Service
   801 "I" Street, 3rd Floor
4  Sacramento, CA 95814

5  Attorney for Defendant
   LAMONTE DESHANNON RUSH

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | Case No. 2:15-cr-061 GEB |
| v. | ) | STIPULATION AND [PROPOSED] ORDER TO CONTINUE STATUS CONFERENCE |
| LAMONTE DESHANNON RUSH, | ) | |
| Defendant. | ) | DATE: February 10, 2017<br>TIME: 9:00 a.m.<br>JUDGE: Hon. Garland E. Burrell, Jr. |

IT IS HEREBY STIPULATED by and between Phillip A. Talbert, United States Attorney, through Jason Hitt, Assistant United States Attorney, attorney for Plaintiff, and Heather Williams, Federal Defender, through Assistant Federal Defender Benjamin D. Galloway, attorney for Lamonte Rush that the status conference scheduled for February 10, 2017, be vacated and continued to March 3, 2017 at 9:00 a.m.

The reasons for this continuance are to allow defense counsel additional time to review discovery with the defendant, to continue investigating the facts of the case, and to review the proposed plea agreement with the defendant.

Based upon the foregoing, the parties agree time under the Speedy Trial Act should be excluded of this order's date through and including March 3, 2017; pursuant to 18 U.S.C. §3161

Stipulation and Proposed Order                -1-

(h)(7)(A)and (B)(iv)[reasonable time to prepare] and General Order 479, Local Code T4 based upon continuity of counsel and defense preparation.

Counsel and the defendant also agree that the ends of justice served by the Court granting this continuance outweigh the best interests of the public and the defendant in a speedy trial.

DATED: February 7, 2017					Respectfully submitted,

							HEATHER E. WILLIAMS
							Federal Defender

							*/s/ Benjamin Galloway*
							BENJAMIN GALLOWAY
							Assistant Federal Defender

							Attorney for Defendant
							LAMONTE RUSH

DATED: February 7, 2017					PHILLIP A. TALBERT
							United States Attorney

							*/s/Jason Hitt*
							JASON HITT
							Assistant U.S. Attorney
							Attorney for Plaintiff

**O R D E R**

IT IS HEREBY ORDERED, the Court, having received, read, and considered the parties' stipulation, and good cause appearing therefrom, adopts the parties' stipulation in its entirety as its order. The Court specifically finds the failure to grant a continuance in this case would deny counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court finds the ends of justice are served by granting the requested continuance and outweigh the best interests of the public and defendant in a speedy trial.

The Court orders the time from the date the parties stipulated, up to and including March 3, 2017, shall be excluded from computation of time within which the trial of this case must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(A) and(B)(iv) [reasonable time for counsel to prepare] and General Order 479, (Local Code T4). It is further ordered the February 10, 2017 status conference shall be continued until March 3, 2017 at 9:00 a.m.

Dated: February 8, 2017

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge