IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>          v.<br><br>LAMONTE RUSH,<br><br>                    Defendant. | CASE NO. 2:15-CR-00061 GEB<br><br>[PROPOSED] ORDER SEALING THE<br>EXECUTED AGREEMENT |

Pursuant to Local Rule 141(b) and based upon the representation contained in the Government's Request to Seal, IT IS HEREBY ORDERED that the Cooperation Agreement for defendant RUSH and the Government's Request to Seal shall be SEALED until further order of this Court.

Dated: March 17, 2017

GARLAND E. BURRELL
United States District Judge