1

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. 2:15-cr-00061-GEB |
|---|---|
| Plaintiff, | **ORDER SEALING THE GOVERNMENT'S REQUEST AND MOTION** |
| v. | |
| LAMONTE RUSH, | |
| Defendant. | |

Based upon the representation contained in the Government's Request to Seal filed on May 26, 2017, IT IS HEREBY ORDERED that the United States's motion concerning defendant Lamonte RUSH and its Request to Seal shall be SEALED until further order of this Court.

Dated: May 30, 2017

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge